UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

CONTINENTAL CASUALTY COMPANY,

                              Plaintiff,

            -v-

LOCKHEED MARTIN CORPORATION,

                              Defendant.

23 Civ. 11147 (PAE)

ORDER

------

PAUL A. ENGELMAYER, District Judge:

      The Court has received a motion for preliminary injunction in the above-captioned case. Plaintiff is instructed to serve on defendant by **May 2, 2024**, the motion for preliminary injunction and supporting papers, and to file on the docket of this case forthwith an affidavit of service attesting to as much. Defendant is instructed to respond to plaintiff's motion for preliminary injunction **within seven days** of receiving such documents.

      SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 25, 2024
       New York, New York